UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

GERALD BARNES,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

Civil No. 01-2174 (JRT/SRN)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 10, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for writ of habeas corpus, (Docket No. 1), is **DENIED**;

2. Petitioner's "Informative Motion In Reference To Submitted Writ Of Habeas Corpus – Petition," (Docket No. 2), is **DENIED**;

3. Petitioner's application for leave to proceed in forma pauperis, (Docket No. 3), is **DENIED AS MOOT**; and

2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2002
DEPUTY CLERK

4. This action is **SUMMARILY DISMISSED WITHOUT PREJUDICE**.

DATED: 2-7, 2002.

Judge John R. Tunheim
United States District Court Judge